**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TAMARA GLOVER,

                       Plaintiff,

    -against-                                    23 **CIVIL** 5019 (KMK)

                                                    **JUDGMENT**

CAROLYN GRIMALDI, ESQ., MINDY
JENG, NEW YORK STATE UNIFIED
COURT SYSTEM, ROSEMARY
MARTINEZ-BORGES, SCOTT MURPHY,
KEITH MILLER, NANCY BARRY, LINDA
DUNLAP-MILLER, JENNIFER DILALLO,
JUSTIN BARRY, SHAWN KERBY, and
DAN WEITZ,

                       Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2025, Defendants' Motions to Dismiss are granted with prejudice as to all federal claims. The Court declines to exercise supplemental jurisdiction as to the state claims. Accordingly, the case is closed.

**Dated:** New York, New York

       March 27, 2025

                                                           **TAMMI M HELLWIG**
                                                           **Clerk of Court**

                            **BY:**

                                                           _____
                                                                  **Deputy Clerk**